SUZANNE A. ROTH, Appellant, v. SIMON I. PATINO, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.; Cohn, J., dissents and votes to reverse the judgment and the order and to deny the motion for judgment on the pleadings dismissing the complaint. [185 Misc. 235.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREYSTONE HOTEL CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [2448-2458 Broadway, Borough of Manhattan.] — Order unanimously modified by fixing the values in the years in question as follows:

| Year | Land | Building | Total |
|------|------|----------|-------|
| 1942-43 | $356,000 | $1,017,000 | $1,373,000 |
| 1943-44 | 356,000 | 1,000,000 | 1,356,000 |

and as so modified affirmed, with $20 costs and disbursements to the relator-appellant. No opinion. Settle order on notice. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD MALOOMIAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

GERTRUDE P. HODSON, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT F. COYLE, Appellant, against WILLIAM A. ADAMS, as Warden of the City Prison of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

HYMAN DIENSTAG, Respondent, v. ATHENSON & PASSIN, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

HELENE KREIGER, Appellant, v. LOUIS KREIGER, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

VINYOU, INC., et al., Respondents, v. MILLER MUSIC CORPORATION, Appellant. — Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.